HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JESUS RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-MJ-0043-EFB |
| Plaintiff, | |
| | STIUPLATION AND [PROPOSED] DB ORDER TO CONTINUE BAIL HEARING |
| vs. | |
| JESUS RODRIGUEZ, | Date: February 23, 2018 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Deborah Barnes |

It is hereby stipulated by Assistant United States Attorney Timothy Delgado and Assistant Federal Defender Timothy Zindel, attorney for defendant JESUS RODRIGUEZ, that the bail review hearing set for February 23, 2018, be continued to Tuesday, February 27, 2018 at 2:00 p.m. before Hon. Allison Claire.

This continuance is necessary because the Marshal did not transport Mr. Rodriguez to court for the hearing scheduled for February 23 because Mr. Rodriguez is in primary state custody at

-1-

Rio Cosumnes Correctional Center. The Assistant U.S. Attorney is preparing a writ to produce Mr. Rodriguez for the rescheduled hearing on February 27; the parties also anticipate that the pending state charge, which arises from the same events charged in the complaint, will be dismissed by that date.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: February 23, 2018  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JESUS RODRIGUZ

McGREGOR W. SCOTT
U.S. Attorney

Dated: February 23, 2018  /s/ T. Zindel for T. Delgado
TIMOTHY DELGADO
Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that the bail hearing set for February 23, 2018, is rescheduled for February 27, 2018 at 2:00 p.m. before Hon. Allison Claire.

DATED: February 23, 2018

DEBORAH BARNES
United States Magistrate Judge

-2-