**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 2:18-mj-043 EFB |
| **JESUS RODRIGUEZ** | |
| Defendant. | |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Jesus Rodriguez | |
| Detained at | Rios Cosumnes Correctional Center | |
| Detainee is: | a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: 21 U.S.C. § 841(a)(1), 18 U.S.C. §§ 371, 922(a)(1)(A) | |
| or | b.) ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) ☐ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary on February 27, 2018 at 2:00 p.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ Timothy H. Delgado* |
| Printed Name & Phone No: | Timothy H. Delgado |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on **February 27, 2018 at 2:00 p.m.**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: February 23, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | 10054325 | DOB: | |
| Facility Address: | Rio Cosumnes Correctional Center | Race: | |
| Facility Phone: | (916) 874-1927 | FBI#: | |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____          _____
                                                                   (signature)